UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____
                                   )
**PAULO GERMANO**                  )
    Plaintiff  )
                                   )
                                   )    Civil Action
**V.**                             )
                                   )    No. 18-CV-10164-GAO
                                   )
**O'HARA CORPORATION**             )
    Defendant  )
_____)

## JOINT REQUEST TO REFER TO MEDIATION TO JUDGE CABELL

Now comes the parties in the above-entitled matter and by and through their attorneys submits the Joint Request to Refer to Mediation to Judge Cabell.

The parties are engaging in settlement negotiations but request at this time referral to this Court's mediation program to help resolve this case. The parties have agreed for Judge Cabell to handle the mediation. Therefore, the parties respectfully request a referral to Judge Cabell for mediation.

WHEREFORE, the parties respectfully pray that this Honorable Court refer this case to Judge Cabell for mediation.

| | |
|---|---|
| Respectfully submitted,<br>for the Plaintiff, | Respectfully submitted,<br>for the Defendant, |
| /s/ Carolyn M. Latti<br>Carolyn M. Latti, BBO #567394<br>David F. Anderson, BBO#560994<br>Latti & Anderson LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000<br>clatti@lattianderson.com | /s/ Robert J. Murphy<br>Robert J. Murphy, BBO # 557659<br>Samuel Blatchley, BBO# 670232<br>Holbrook & Murphy<br>238-240 Lewis Wharf<br>Boston, MA 02110<br>(617) 428-1151<br>holbook_murphy@msn.com |

Dated: February 1, 2019

## CERTIFICATE OF SERVICE

I, Carolyn M. Latti, hereby certify that the within documents was filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on February 1, 2019

    Respectfully submitted for
    the Plaintiff,

    /s/Carolyn M. Latti
    Carolyn M. Latti