# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULO GERMANO, )<br>    Plaintiff )<br>)<br>V. )<br>)<br>O'HARA CORPORATION )<br>    Defendant )<br>) | Civil Action No. 1:18-cv-10164-GAO |

## STIPULATION OF DISMISSAL

NOW COME the parties in the above entitled action, and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above cited action be dismissed with prejudice and without interest, costs or attorneys' fees and that no further action or actions be brought upon the same grounds.

Dated this May 13, 2019.

| | |
|---|---|
| Plaintiff, Paulo Germano<br>By his attorneys, | Defendant, O'Hara Corporation<br>By its attorneys, |
| */s/ Carolyn M. Latti*<br>Carolyn M. Latti BBO# 567394<br>David F. Anderson BBO# 560994<br>LATTI & ANDERSON LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000 – Telephone<br>(617) 523-7394 – Facsimile<br>CLatti@LattiAnderson.com<br>DAnderson@LattiAnderson.com | */s/ Samuel P. Blatchley*<br>Robert J. Murphy BBO# 557659<br>Samuel P. Blatchley BBO# 670232<br>HOLBROOK & MURPHY<br>238-240 Lewis Wharf<br>Boston, MA 02110<br>(617) 428-1151 – Telephone<br>(617) 428-6919 – Facsimile<br>rmurphy@holbrookmurphy.com<br>sblatchley@holbrookmurphy.com |

## Certificate of Service

I hereby certify that on May 13, 2019, I electronically filed the Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties listed on the electronic service list within the CM/ECF system.

> */s/ Samuel P. Blatchley*
> Samuel P. Blatchley BBO # 670232
> HOLBROOK & MURPHY
> 238-240 Lewis Wharf
> Boston, MA 02110
> (617) 428-1151
> sblatchley@holbrookmurphy.com